## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1898    Assigned/Issued By: j. n.

Judge Name: st. eve    Designated Magistrate Judge: denlow

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____    Receipt #: 2663548_____

Date Payment Rec'd: 4-2-08_____    Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   
                                         _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____            _____
    *(Type of Writ)*                     *(Type of issuance)*

1____ Original and 0_____ copies on 4-3-08_____ as to defendant_____
                                  *(Date)*

_____
_____