AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LABORERS' PENSION FUND AND LABORERS'
WELFARE FUND OF THE HEALTH AND
WELFARE DEPARTMENT, ETC., ET AL.,

V.

White Retail Construction Services, Inc., an
Arkansas corporation,

CASE NUMBER: 08CV1898
ASSIGNED JUDGE: JUDGE ST. EVE
MAG. JUDGE DENLOW

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

White Retail Construction Services, Inc.
c/o Mr. Robert White Jr., President
45 Financial Drive, Suite 2
Cabot, AR 72023

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T. Wallace, Jerrod Olszewski
Christina Krivanek, Amy N. Carollo, Charles Ingrassia
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 3, 2008
Date

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08CV1898

Plaintiff:
LABORERS' PENSION FUND AND LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT, ETC., ET AL.
vs.
Defendant:
WHITE RETAIL CONSTRUCTION SERVICES, INC., AN ARKANSAS CORPORATION

# ORIGINAL AFFIDAVIT

Received by ACTION PROCESS SERVICE to be served on WHITE RETAIL CONSTRUCTION SERVICES, INC. BY SERVING ROBERT WHITE, JR. AS PRESIDENT OR SERVE ANYONE AUTHORIZED TO ACCEPT AT BUSINESS, AT: 45 FINANCIAL DR., STE 2, CABOT, AR 72023. I, JERRY GRAY, being duly sworn, depose and say that on the 19 day of April, 2008 at 7:29 p.m., executed service by delivering a true copy of the SUMMONS & COMPLAINT in accordance with state statutes in the manner marked below:

(X) Corporate Service: by serving (Name): Robert White Jr.
     as (Title) OWNER, (Authorized Agent).
( ) Registered Agent: _____
( ) Attorney of Record: _____
     This service was completed at (circle) Home or Work (address above) Other (see below).
     Other Address: #43 Cypress Creek Drive - Cabot, AR. 72023

( ) Non Served: (Circle Reason) Vacant  Unknown  Moved  No Longer Employed  No Such Address
    this service was attempted at the (circle one)  Home  Work  Both  (Address/Addresses) above.

COMMENTS: 7:29 p.m.

I have no interest in the above action, I am of legal age, I have proper authority in the jurisdiction in which this service was made and all statements above are true.

Subscribed and Sworn to before me on the 21st day of April, 2008.

NOTARY PUBLIC

PROCESS SERVER # 1104
Appointed in accordance
with State Statutes

ACTION PROCESS SERVICE
3215 Laredo Drive
Little Rock, AR 72206
(501) 888-5706

Our Job Serial Number: 2008005859