**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 08 CV 1898** |
| **v.** | ) | |
| | ) | **Judge ST. EVE** |
| **WHITE RETAIL CONSTRUCTION** | ) | |
| **SERVICES, INC., an Arkansas corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

NOW COMES Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen (collectively "Plaintiffs" or the "Funds"), by and through their attorney, Charles Ingrassia, and hereby file this Notice to withdraw their Complaint filed on April 2, 2008 and to dismiss this case without prejudice and with leave to reinstate pending the disposition of the bankruptcy matter pursuant to Fed. R. Civ. P. 41(a)(1).  In support of this Notice, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on April 2, 2008 to compel the Defendant to submit current benefit and union dues reports and contributions for the period of Forward 2008 forward, to obtain and maintain a surety bond, and to recover unpaid benefit contributions and union dues, as shown in an audit conducted of the Defendant's books and records for the period of April 18, 2007 through September 30, 2007.

2. The Defendant filed a Chapter 7 Petition for Bankruptcy on May 6, 2008.

3. Accordingly, the Funds voluntarily dismiss this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and with leave to reinstate pending the final disposition of the Defendant's bankruptcy proceeding.

May 8, 2008                                  Respectfully submitted,

                                             Laborers' Pension Fund, et al.


                                             By:   /s/ Charles Ingrassia


Office of Fund Counsel
111 West Jackson, Suite 1415
Chicago, Illinois  60604
(312) 692-1540

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a copy of the Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a) to be served upon the following person via U.S. Mail this 8th day of May 2008.

White Retail Construction Services, Inc.
c/o Mr. Robert White Jr., President
45 Financial Drive, Suite 2
Cabot, AR 72023


   /s/ Charles Ingrassia

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 CV 1898 |
| v. | ) | |
| | ) | Judge ST. EVE |
| **WHITE RETAIL CONSTRUCTION** | ) | |
| **SERVICES, INC., an Arkansas corporation,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

    This matter having come to be heard on the Notice of Voluntary Dismissal by Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administer of the Funds, for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1), due notice having been given, and the Court being fully advised in the premises, it is hereby ordered that this matter is dismissed pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice and with leave to reinstate pending the final disposition of the bankruptcy proceeding.

                                                          ENTER:

                                                          _____
                                                          The Honorable Amy J. St. Eve
                                                          United States District Court Judge

Dated:_____