IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 08 CV 1898** |
| v. | ) | |
| ) | **Judge ST. EVE** | |
| **WHITE RETAIL CONSTRUCTION** | ) | |
| **SERVICES, INC., an Arkansas corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter having come to be heard on the Notice of Voluntary Dismissal by Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administer of the Funds, for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1), due notice having been given, and the Court being fully advised in the premises, it is hereby ordered that this matter is dismissed pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice and with leave to reinstate pending the final disposition of the bankruptcy proceeding.

ENTER:

_____
The Honorable Amy J. St. Eve
United States District Court Judge

Dated: May 9, 2008